The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| ABDUL RAHIM MOHAMMED, *et al.*, | ) | No.: 2:22-cv-01550-JHC |
| Plaintiffs, | ) ) ) | STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE |
| vs. | ) ) | |
| UR M. JADDOU, | ) ) | NOTED FOR CONSIDERATION: December 19, 2022 |
| Defendant. | ) ) | |

The parties, through their respective counsel, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, and hereby jointly stipulate and move for a 30-day extension of the deadline for Defendant to respond to the Second Amended Complaint. Defendant's response is currently due on January 9, 2023.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

The parties submit there is good cause for the 30-day extension. The parties are actively pursuing resolution of this case in its entirety. The additional time will allow for continued

STIPULATED MOTION
AND PROPOSED ORDER
2:22-cv-01550-JHC
Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  settlement discussions and will allow the parties to conserve their resources, as well as judicial
2  resources.
3      Accordingly, the parties stipulate and request that Defendant's time to respond to the
4  Second Amended Complaint be extended from January 9, 2023, to February 8, 2023.
5  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6
7  DATES this 19th day of December, 2022.

    *s/ Kripa Upadhyay*
    KRIPA UPADHYAY, WSBA #40063
    Karr Tuttle Campbell
8      701 Fifth Ave., Ste 3300
    Seattle, WA 98104
9      Phone: (206) 224-8092
    Email: kripa@karrtuttle.com
10     Attorney for Plaintiffs

11

12
13 DATES this 19th day of December, 2022.

    NICHOLAS W. BROWN
    United States Attorney

14     *s/ Michelle R. Lambert*
    MICHELLE R. LAMBERT, NYS#4666657
15     Assistant United States Attorney
    United States Attorney's Office
16     1201 Pacific Avenue, Suite 700
    Tacoma, WA 98402
17     Phone: (253) 428-3824
    Email: michelle.lambert@usdoj.gov
18     Attorney for Defendants

19

20

21

22

23

24

STIPULATED MOTION AND ORDER
2:22-cv-01550-JHC
Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED.**

Dated this 19th day of December, 2022.

_____
The Honorable John H. Chun
United States District Court Judge

STIPULATED MOTION AND ORDER
\2:22-cv-01550-JHC
Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970